UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIN QIN CHEN,

Plaintiff,

v.

GINA PASTORE, DIRECTOR, BROOKLYN FIELD OFFICE, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and JOHN DOE or JANE DOE, AS GINA PASTORE'S SUCCESSOR(S), in their official capacities,

Defendants.

**ORDER**

25-cv-01571 (ER)

RAMOS, D.J.:

Jin Qin Chen commenced this action on February 25, 2025 by filing a complaint and application for writ of mandamus. Doc. 1. On August 11, 2025, the Court held that service upon Defendants was not properly effectuated, and directed Chen to show cause why the Court should find good cause exists for his failure to complete service within the 90 days required by Rule 4(m) of the Federal Rules of Civil Procedure. Doc. 29. On August 12, 2025, Chen requested default judgment and wrote that the "technical defective service should be excused" because the service was effective, as he served the Defendants by mail and personally served the Defendants on June 9, 2025. Doc. 30 at 4, 6. Since then, there has not been any activity in this case. Defendants are directed to file a letter response by October 29, 2026.

It is SO ORDERED.

Dated: October 23, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.